580 A.2d 294

Vincent J. FUMO

v.

REDEVELOPMENT AUTHORITY OF CITY OF PHILADELPHIA, et al.

Supreme Court of Pennsylvania.

July 20, 1990.

## ORDER

PER CURIAM:

AND NOW, this 20th day of July, 1990, the Application for Reargument is denied.

FLAHERTY, ZAPPALA and PAPADAKOS, JJ., did not participate in this matter.